CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment ( X )
Complaint ( )
Information ( )
Felony ( )
Misdemeanor ( )
Juvenile ( )

County of Offense: <u>CLAY</u>
AUSA's NAME: <u>SARAH K. BOGNI</u>
<u>AMANDA J. KLOPF</u>
Reviewed by AUSA: <u>_SKB_____</u>
(Initials)

<u>THOMAS K. WEIR_____</u>
Defendant's Full Name

<u>_____</u>
Defendant's Address

Interpreter Needed?  ____ Yes  <u>X</u> No

If Yes, what language? <u>_____</u>

PETER STRIANSE
Tune, Entrekin & White, P.C.
Capitol View
500 11th Avenue North, Suite 600
Nashville, TN 37203
Phone (615) 244-2770
pstrianse@tewlawfirm.com

Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846 | CONSPIRACY TO DISTRIBUTE AND DISPENSE CONTROLLED SUBSTANCES (Schedule II, III, IV) | 20 years; 3 Years S/R (Schedule I)<br><br>10 years; 2 Years S/R (Schedule III)<br><br>5 years; 1 Year S/R (Schedule IV) | $1,000,000; $100 S/A<br><br>$500,000<br><br>$250,000 |
| 2 | 18 U.S.C. § 1349 | CONSPIRACY TO COMMIT HEALTH CARE FRAUD | 10 years; 3 years S/R | $250,000; $100 Special Assessment |
| 3-4 | 18 U.S.C. § 1347<br><br>18 U.S.C. § 2 | HEALTH CARE FRAUD AND AIDING AND ABETTING | 10 years; 3 years S/R | $250,000; $100 Special Assessment per count |
| 5-6 | 18 U.S.C. § 1347<br><br>18 U.S.C. § 2 | HEALTH CARE FRAUD AND AIDING AND ABETTING | 10 years; 3 years S/R | $250,000; $100 Special Assessment per count |
| 7 | 18 U.S.C. § 371 | CONSPIRACY TO DEFRAUD THE UNITED STATES AND TO COMMIT AN OFFENSE | 5 years; 3 years S/R | $250,000; $100 Special Assessment |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

**A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Is the defendant currently in custody? | Yes | ( ) | No | ( X ) | If yes, State or Federal? Writ requested ( ) |

Is the defendant currently in custody?   Yes ( )   No ( X )   If yes, State or Federal? Writ requested ( )

Has a complaint been filed?   Yes ( )   No ( X )
   If Yes:   Name of the Magistrate Judge _____   Case No.:_____
          Was the defendant arrested on the complaint?   Yes ( )   No ( X )

Has a search warrant been issued?   Yes ( X )   No ( )
   If Yes:   Name of the Magistrate Judge **Magistrate** Judge Jeffrey S. Frensley   Case No.: 19-MJ-2215; 19-MJ-2218; 19-MJ-2080

Was bond set by Magistrate/District Judge?   Yes ( )   No ( )   Amount of bond: _____

Is this a Rule 20? Yes ( )   No ( X )   To/from what district? _____
Is this a Rule 40? Yes ( )   No ( X )   To/from what district? _____

Estimated trial time:   TWO WEEKS

The Clerk will issue a **Summons**/**(WARRANT)**   (circle one)   (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause ~~to a judicial~~ officer, who will determine whether to issue a warrant)

Detention requested: Yes ( )   No ( X )   Recommended conditions of release: ___standard conditions___