

GOVERNMENT EXHIBIT
710
2:21-cr-00008