UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:21-CR-00008 |
| | ) | |
| [1] THOMAS K. WEIR | ) | |
| | ) | JUDGE TRAUGER |
| [3] WILLIAM L. DONALDSON | ) | |
| | ) | |
| [4] PAMELA SPIVEY | ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    United States Marshal, Middle District of Tennessee; and
       Morgan County Correctional Complex in Wartburg, Tennessee

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of RICHARD TAYLOR **(DOB: \*\*/\*\*/1980, TDOC #538834)**, now confined in Morgan County Correctional Complex, 541 Wayne Cotton Morgan Drive, Wartburg, Tennessee, to the United States Courthouse at 9 East Broad St, Cookeville, Tennessee, 38501 on September 16, 2025, to testify at the trial in the above-captioned case.

WITNESS, the Honorable Aleta A. Trauger, United States District Judge, Middle District of Tennessee.

DATED:    _August 7, 2025_

                                    By:    _____
                                           ALETA A. TRAUGER
                                           United States Magistrate Judge